Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida 

Civil Division

|  |  |
|---|---|
| Captain Grant Mitchell Saxena, U.S.A. Retired ) <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Mary Louise Hall ) <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> _(to be filled in by the Clerk's Office)_ <br><br> FILED BY _cbs_ D.C. <br> DEC 29 2021 <br> ANGELA E. NOBLE <br> CLERK U.S. DIST. CT. <br> S.D. OF FLA. – W.P.B. |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Captain Grant Mitchell Saxena, U.S.A., Retired |
   | Street Address | 5725 Corporate Way, Ste 206 #3044 |
   | City and County | West Palm Beach / Palm Beach |
   | State and Zip Code | Florida, 33407 |
   | Telephone Number | 303-941-8772 |
   | E-mail Address | grant.saxena@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Mary Louise Hall
- Job or Title (if known): Former Domestic Partner
- Street Address: Gem Law: 650 S. Cherry St. #500
- City and County: Denver / Same
- State and Zip Code: Colorado, 80246
- Telephone Number: 303-317-3239
- E-mail Address (if known): info@gemfamlaw.com

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
n/a

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Grant M. Saxena, is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* Mary L. Hall, is a citizen of the State of *(name)* Colorado. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Personal property broken and stolen ($10,000), unpaid rent ($2,500), debt promised to be repaid for temporary loans ($2,000), and many other damages for legal fees ($8,000), eviction requirements ($2,000), and ongoing medical therapy paid out of pocket ($3,000). Intentional infliction of abuse to a known 100% disabled adult multiple of three equals the total amount of $81,000 in controvery.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
2652 King St.
Denver, Colorado 80211

B.    What date and approximate time did the events giving rise to your claim(s) occur?
02 February 2017 - 26 January 2020 continuously with several major incidents:

1. 30 June 2017
2. 30 December 2017
3. 10 May 2018
4. 04 Jan 2019
5. 26 January 2020

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

During the course of an extremely abusive relationship quit in late December 2017, then extended with harrassment into 2020: Mary Louise Hall committed Domestic Violence, Assault, Battery, False Imprisonment, Larceny, Harrassment, Stalking, Slander, Libel, and Disabled Adult Abuse with intentional malice to personally injure her boyfriend, 100% service-disabled veteran victim Captain Saxena at 2652 King St., Denver, CO 80211. All incidents and crimes Hall is accountable for are documented, which include police, medical, veterans affairs, adult protective services, private psychologist, non-profit mediation, witness and court reports.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

As a 100% service-disabled veteran: I was physically, mentally, emotionally and sexually abused by Ms. Hall, who used me as a vulnerable population target to gain access to my veterans affairs and social security disability benefits, including my peaceful stabilized home of four years. Hall then pilfered personal property, va + ss monies and directly caused eviction through reckless breaking of the lease within one week of her occupancy. The time value of the money and the loss of enjoyment of life can never truly be recovered. The equity in a home I attempted to purchase but was unable to move into, due to the controlling behavior Hall enslaved me with daily, is immeasurable: because conditions existed prior, like a lower house purchase price, than do now or might ever again. Reputation is destroyed and I have been banned from certain non-profit organizations for life, due to fabricated and sealed statements slandered by Hall. Once statements are published in the modern world, the reports are incredibly difficult to remove from all digital and social mediums across the internet and people driven groups. Medical therapy for the traumatic experience and physical abuse caused by Ms. Hall is still not healed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$81,000.00 for total personal injury damages, with disabled adult pain and suffering therapy ongoing:
Florida Statutes Section 95.11(3)(a) and 825.102.

Permanent Protection Order Injunction on Ms. Hall for Stalking & Harrasment:
Florida Statute 741.30 and 18 U.S. Code § 2265.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/18/2021

Signature of Plaintiff: /s/ Grant M. Saxena /s/
Printed Name of Plaintiff: Grant M. Saxena

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

CAPTAIN GRANT MITCHELL SAXENA, USA, RET.
5725 CORPORATE WAY
STE 206 #3044
WEST PALM BEACH FL 33407



0005615669000011
U.S. District Court: Southern Florida
Civil Filings
701 Clematis Street
Room 202
West Palm Beach FL 33401
USA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____ – Civ

GRANT MITCHELL SAXENA,

Plaintiff

vs.

MARY LOUISE HALL,

Defendant



**COMPLAINT**

I, GRANT MITCHELL SAXENA, plaintiff, in the above styled cause, sue defendant: MARY LOUISE HALL.

This action is filed under: Florida Statute 741.30, and 95.11(3)(a), including 825.102.

Respectfully submitted,

*Captain Grant Mitchell Saxena*
*U.S.A. Retired*

Captain Grant Mitchell Saxena, U.S.A, Retired

*December 19th, 2021*

5725 Corporate Way
Ste 206 #3044
West Palm Beach, FL, 33407
Telephone: (303) 941-8772